UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60189-CIV-ALTONAGA/DUBÉ

DIMANTINA O. WEAVER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## SCHEDULING ORDER

THIS CAUSE is before the Court sua sponte. The Answer to the Complaint in this case has been filed and the case is now ripe for judicial review. Accordingly, it is **ORDERED** as follows:

(1)    The parties are hereby instructed that any motions for Summary Judgment as may be appropriate must be filed **on or before June 12, 2008**.

(2)    Any response and/or reply memoranda shall be filed within the time provided by the Local Rules of the United States District Court for the Southern District of Florida.

**DONE AND ORDERED** this ____28____ day of April, 2008.

                                                        ROBERT L. DUBÉ
                                               UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Cecilia M. Altonaga
        Stephanie I.R. Fidler, AUSA
        Lilli W. Marder, Esq.